AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## Northern District of California

| | |
|---|---|
| Louis J. Vela | ) |
| Plaintiff | ) |
| v. | ) |
| AT&T Inc., AT&T Disability Income Plan, et al | ) |
| Defendant | ) |

**CV 08    1575    BZ**

Civil Action No.

**Summons in a Civil Action**

To:    AT&T Inc.
_____
*(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lee S. Harris
Michael W. Flynn
Goldstein, Gellman, Melbostad, Gibson & Harris, LLP
1388 Sutter Street, Suite 1000, San Francisco, CA 94109-54984

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

HELEN K. ALMACEN
Deputy clerk's signature

Date:    MAR 2 1 2008

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*