1  Michele Ballard Miller (SBN 104198)
     *mbm@millerlawgroup.com*
2  Lisa C. Hamasaki (SBN 197628)
     *lch@millerlawgroup.com*
3  Katherine L. Kettler (SBN 231586)
     *klk@millerlawgroup.com*
4  MILLER LAW GROUP
   A Professional Corporation
5  500 Sansome Street, Suite 400
   San Francisco, CA 94111
6  Tel. (415) 464-4300
   Fax (415) 464-4336
7
   Attorneys for Defendant
8  SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

9  Lee S. Harris (SBN 076699)
     *LHarris@g3mh.com*
10 Michael W. Flynn (SBN 247501)
     *MFlynn@g3mh.com*
11 GOLDSTEIN, GELLMAN, MELBOSTAD,
     GIBSON & HARRIS, LLP
12 1388 Sutter Street, Suite 1000
   San Francisco, CA 94103
13 Tel: (415) 673-5600
   Fax: (415) 673-5606
14
   Attorneys for Plaintiff LOUIS J. VELA
15

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.; AT&T DISABILITY INCOME PLAN, SBC COMMUNICATIONS, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,<br><br>Defendants. | Case No.: CV 08 1575 BZ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Complaint filed: March 21, 2008 |

Pursuant to N.D. Local CA Rule 6-1(a) the Parties, Plaintiff LOUIS J. VELA (hereinafter "Plaintiff") and Defendant SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. (hereinafter jointly "Defendant"), by and through its undersigned attorneys, hereby stipulate and agree to extend the time within which Defendant will answer or otherwise respond to the complaint up to and including May 30, 2008.  This stipulation does not alter any court imposed deadlines.

Dated:  April 24, 2008                                       GOLDSTEIN, GELLMAN, MELBOSTAD,
                                                                         GIBSON & HARRIS, LLP

By:   /S/
     Michael W. Flynn
     Attorneys for Plaintiff LOUIS J. VELA

Dated:  April 24, 2008                                       MILLER LAW GROUP
                                                                            A Professional Corporation

By:   /S/
     Katherine L. Kettler
     Attorneys for Defendant
     SEDGWICK CLAIMS MANAGEMENT
     SERVICES, INC.