ATTORNEY LEE S. HARRIS
GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA 94102

UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
Civil Jurisdiction

Plaintiff: Louis J. Vela

Defendant: AT&T Umbrella Benefit Plan No. 1

Case No. 08-1575

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

CIVIL CASE COVER SHEET<br>
SUMMONS<br>
FIRST AMENDED COMPLAINT

3. Party Served: KATHERINE KETTLER, ATTORNEY AT LAW
4. Address where party served: 500 SANSOME ST., SUITE 400, SAN FRANCISCO, CA
5. I served the party:
   a. XX by **personal service.** I personally delivered the documents listed in item 2 to the party authorized to receive service of process for the party on **May 19, 2008 at 11:15 AM.**
6. The Notice to the Person Served (on the summons) was completed as follows:
   a. as an individual defendant under F.R. Civil Procedure 4 c.
7. Person who served papers:
   a. ACE LEGAL ASSISTANCE
      386 2ND AVENUE, SAN FRANCISCO, CA
      (415) 864-2020, SF REG#11
8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 27, 2008

Name: DOMINGO BALINTON          Signature: _____

Judicial Council of California
POS (Rev. Jan. 1, 2007) CCP 417.10

Document3: