Michele Ballard Miller (SBN 104198)
  mbm@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
  lch@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
  klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
500 Sansome Street, Suite 400
San Francisco, CA 94111
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

Lee S. Harris (SBN 076699)
  LHarris@g3mh.com
Michael W. Flynn (SBN 247501)
  MFlynn@g3mh.com
GOLDSTEIN, GELLMAN, MELBOSTAD,
  GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA 94103
Tel: (415) 673-5600
Fax: (415) 673-5606

Attorneys for Plaintiff LOUIS J. VELA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA,<br><br>            Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>            Defendant. | Case No.: CV 08 1575 BZ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint filed: March 21, 2008 |

Pursuant to N.D. Local CA Rule 6-1(a) the Parties, Plaintiff LOUIS J. VELA (hereinafter "Plaintiff") and Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 (hereinafter "Defendant"), by and through its undersigned attorneys, hereby stipulate and agree to extend the time within which Defendant will answer or otherwise respond to the first amended complaint up to and including June 20, 2008.  This stipulation does not alter any court imposed deadlines.

Dated: June 6, 2008                                GOLDSTEIN, GELLMAN, MELBOSTAD,
                                                                     GIBSON & HARRIS, LLP


By:   /S/
        Michael W. Flynn
        Attorneys for Plaintiff LOUIS J. VELA


Dated: June 6, 2008                                MILLER LAW GROUP
                                                              A Professional Corporation


By:   /S/
        Katherine L. Kettler
        Attorneys for Defendants AT&T
        UMBRELLA BENEFIT PLAN NO. 1.

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT**
**Case No.: CV 08 1575 BZ**