## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

June 9, 2008

To:   Lee S. Harris
      Michael William Flynn
      Goldstein Gellman Melbostad Gibson & Harris, LLP
      1388 Sutter Street, Suite 1000
      San Francisco, CA 94109-5494

| | |
|---|---|
| Katherine L. Kettler | Katherine L. Kettler |
| Lisa Hamasaki | Miller Law Group |
| Michelle Ballard Miller | 60 E. Sir Francis Drake Boulevard |
| Miller Law Group | Suite 302 |
| A Professional Corporation | Larkspur, CA 94939 |
| 500 Sansome Street, Suite 400 | |
| San Francisco, CA 94111 | |

Re: Louis J. Vela v. AT&T Inc., et al. - C08-1575 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **June 30, 2008 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

                    /s/ Lashanda Scott
By:    Lashanda Scott
       Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd