UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louis J. Vela<br><br>Plaintiff(s),<br><br>v.<br><br>AT&T Umbrella Benefit Plan No. 1<br><br>Defendant(s). | No. C 08-1575-BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/9/08

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")