Lee S. Harris (SBN 76699)
Michael W. Flynn (SBN 247501)
GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA  94109-5494
Telephone:     (415) 673-5600
Facsimile:     (415) 673-5606

Attorneys for Plaintiff
LOUIS J. VELA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA,<br><br>                    Plaintiff,<br>     v.<br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>                    Defendant. | Case No. CV 08-1575<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.


Dated: June 18, 2008          **GOLDSTEIN, GELLMAN, MELBOSTAD,**
                              **GIBSON & HARRIS LLP**


                              By:   /s/
                                 LEE S. HARRIS
                                 MICHAEL W. FLYNN
                                 Attorney for Plaintiff
                                 LOUIS J. VELA