1  Michele Ballard Miller (SBN 104198)
   mbm@millerlawgroup.com
2  Lisa C. Hamasaki (SBN 197628)
   lch@millerlawgroup.com
3  Katherine L. Kettler (SBN 231586)
   klk@millerlawgroup.com
4  MILLER LAW GROUP
   A Professional Corporation
5  500 Sansome Street, Suite 400
   San Francisco, CA 94111
6  Tel. (415) 464-4300
   Fax (415) 464-4336
7
8  Attorneys for Defendant
   AT&T UMBRELLA BENEFIT PLAN NO. 1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA,<br><br>            Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1<br><br>            Defendant. | Case No.: CV 08 1575 MMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint filed: March 21, 2008 |

## **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| ENTITY | CONNECTION TO OR INTEREST IN CASE |
|---|---|
| AT&T Umbrella Benefit Plan, No. 1 | Defendant |
| AT&T Inc. | Plan Administrator of Defendant AT&T Umbrella Benefit Plan No. 1. |

Dated: June 20, 2008

MILLER LAW GROUP
A Professional Corporation

By: _____/S/_____
    Katherine L. Kettler
    Attorneys for Defendant AT&T
    UMBRELLA BENEFIT PLAN NO. 1.