E-filing

**CIVIL MINUTES**

Judge MAXINE M. CHESNEY

Date: JUL 1 8 2008

C-08-1575-MMC

Louis J. Vela  v  AT & T, INC. et al

Attorneys: Lee Harris     Katherine Kettler
           Michael Flynn

Deputy Clerk: **TRACY LUCERO**     Reporter: Not Reported.

**PROCEEDINGS:**                                    **RULING:**

1. _____   _____
2. _____   _____
3. _____   _____
4. _____   _____

( ) Status Conference   ( ) P/T Conference   (✓) Initial Case Management Conference

**ORDERED AFTER HEARING:**

Deadline for plaintiff to file dispositive motion is 2/20/09. Joint statement due 5/8/09.

( ) ORDER TO BE PREPARED BY:   Plntf____  Deft____  Court____

(✓) Referred to ~~Magistrate~~ For: Previously Private mediation - to be conducted no later than Nov '08.
    (✓) By Court
(✓) CASE CONTINUED TO 5/15/09 @ 10:30  for Continued Case Management Conference

Discovery Cut-Off_____  Expert Discovery Cut-Off_____

Plntf to Name Experts by _____  Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for ____ days
                    Type of Trial: ( ) Jury  ( ) Court
Notes: _____

(10 min)