Lee S. Harris SB#76699
Michael W. Flynn SB#247501
GOLDSTEIN, GELLMAN, MELBOSTAD,
GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
415/673-5600  FAX:415/673-5606

Attorneys for Plaintiff
LOUIS J. VELA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA,<br><br>Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>Defendant. | Case No. CV-08-1575-BZ<br><br>[PROPOSED] ORDER ALLOWING PLAINTIFF LEAVE TO FILE HIS SECOND AMENDED COMPLAINT<br><br>First Amended Complaint Filed on:<br>May 14, 2008 |

TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PURSUANT TO STIPULATION, IT IS SO ORDERED, Plaintiff shall file its Second Amended Complaint. no later than October 24, 2008.

Dated: October 8, 2008

_____
DISTRICT COURT JUDGE

3.

39635B.doc:6680-00                                                                                                            ORDER