**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>    Defendant.<br>_____/ | No. C-08-1575 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH CIVIL LOCAL RULE 5-1** |

On February 20, 2009, plaintiff manually filed the Administrative Record in the above-titled action, in three volumes. Plaintiff has violated the Civil Local Rules of this District, however, by failing to submit to the Clerk's Office "[a]n extra copy of the document . . . , marked by counsel as the copy for 'Chambers' . . . , at the same time to the Office of the Clerk in the courthouse in which the chambers of the Judge to whom the action has been assigned are located." See Civ. L.R. 5-1(b).

Plaintiff is hereby ORDERED to comply with Civil Local Rule 5-1(b) by immediately submitting chambers copies of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: March 10, 2009

*[signature]*
MAXINE M. CHESNEY
United States District Judge