1  Lisa C. Hamasaki (SBN 197628)
    *lch@millerlawgroup.com*
2  Katherine L. Kettler (SBN 231586)
    *klk@millerlawgroup.com*
3  Jennifer A. Shy (SBN 131074)
    *jas@millerlawgroup.com*
4  MILLER LAW GROUP
   A Professional Corporation
5  111 Sutter Street, Suite 700
   San Francisco, CA 94104
6  Tel. (415) 464-4300
   Fax (415) 464-4336
7
8
   Attorneys for Defendant
9  AT&T UMBRELLA BENEFIT PLAN NO. 1

10

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13

14  LOUIS J. VELA,                    Case No.: CV 08 1575 MMC

15           Plaintiff,               **STIPULATION AND [PROPOSED] ORDER
                                       EXTENDING CASE DEADLINES**
16
    v.
17
                                      Complaint filed:  March 21, 2008
18  AT&T UMBRELLA BENEFIT PLAN NO. 1   First Am. Complaint Filed: May 14, 2008
                                       Second Am. Cmplt Filed: Oct. 10, 2008
19
             Defendant.
20

21

22

23

24

25

26

27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

WHEREAS, on February 17, 2009, the Court ordered the filing of briefs in support of the Parties' Cross-Motions for Summary Judgment in this ERISA action, including an order that Plaintiff Louis J. Vela ("Plaintiff") file and serve his brief in opposition to Defendant's Motion for Summary Judgment and Reply in support of Plaintiff's Motion for Summary Judgment by April 17, 2009, and an order that Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 (hereinafter "Defendant") file and serve its Reply brief in support of Defendant's Motion for Summary Judgment by May 8, 2009;

WHEREAS, the Parties have not previously sought to continue or extend any of the filing deadlines in this ERISA action related to the filing of the parties' Cross-Motions for Summary Judgment;

WHEREAS, Defendant, through its counsel requests a one-week extension for filing its Reply in Support of Motion for Summary Judgment in this ERISA action because Defendant's counsel has conflicting deadlines in other cases including two depositions, and Plaintiff, through his counsel agreed to this request;

WHEREAS the Parties' trust the Court would schedule a corresponding extension of the scheduled May 22, 2009 hearing date on the Parties' respective Cross-Motions for Summary Judgment;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned attorneys of record, to continue Defendant's last day to file and serve Defendant's Reply brief in support of Defendant's Motion for Summary Judgment, as well as the hearing on the parties' Cross-Motions for Summary Judgment, as follows:

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES
Case No.: CV 08 1575 MMC

| | |
|---|---|
| April 17, 2009 | Last day for Plaintiff to file and serve Opposition to Defendant's Motion for Summary Judgment and Reply brief in support of Plaintiff's Motion for Summary Judgment.  (UNCHANGED). |
| May 15, 2009 | Last day for Defendant to file and serve Reply brief in support of Defendant's Motion for Summary Judgment. |
| May 29, 2009 9:00 a.m. | Hearing on the parties' Cross-Motions for Summary Judgment. |

Good cause exists for the continuance of the existing filing deadline for Defendant's Reply brief, and the hearing on the Parties' pending Cross-Motions for Summary Judgment, as set forth above.

**IT IS SO STIPULATED.**

Dated:  April 16, 2009                    GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS


By:   /S/
        Lee S. Harris
        Attorneys for Plaintiff  LOUIS J. VELA

Dated:  April 16, 2009                    MILLER LAW GROUP
                                          A Professional Corporation


By:   /S/
        Katherine L. Kettler
        Attorneys for Defendant AT&T
        UMBRELLA BENEFIT PLAN NO. 1

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

## __ORDER__

Having reviewed the Stipulation executed by Plaintiff LOUIS J. VELA and Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1, and good cause appearing, the Court hereby orders that the May 22, 2009 hearing on the parties' Cross-Motions for Summary Judgment, and date for Defendant to file its Reply brief in support of Defendant's Cross-Motion for Summary Judgment are VACATED, and are rescheduled pursuant to the schedule set forth below.

| | |
|---|---|
| April 17, 2009 | Last day for Plaintiff to file and serve Opposition to Defendant's Motion for Summary Judgment and Reply brief in support of Plaintiff's Motion for Summary Judgment.  (UNCHANGED). |
| May 15 _____, 2009 | Last day for Defendant to file and serve Defendant's Reply brief in support of Defendant's Motion for Summary Judgment. |
| May 29 _____, 2009 9:00 a.m. | Hearing on the parties' Motions for Summary Judgment. |

**IT IS SO ORDERED.**

Dated: _April 17, 2009_ _____

_Maxine M. Chesney_

The Honorable Maxine M. Chesney
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES
Case No.: CV 08 1575 MMC

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA