United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS J. VELA,

    Plaintiff,

  v.

AT&T UMBRELLA BENEFIT PLAN NO. 1,

    Defendant.
_____/

No. C-08-1575 MMC

**ORDER VACATING MAY 29, 2009 HEARINGS**

    Before the Court are plaintiff's motion for summary judgment, filed February 20, 2009 and scheduled for hearing May 29, 2009, and defendant's motion for summary judgment/opposition to plaintiff's motion, filed March 20, 2009 and likewise scheduled for hearing May 29, 2009.  Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for decision thereon and hereby VACATES the hearings scheduled for May 29, 2009.

    **IT IS SO ORDERED.**

Dated: May 26, 2009

                                        MAXINE M. CHESNEY
                                        United States District Judge