Lee S. Harris (SBN 76699)
   *lharris@g3mh.com*
GOLDSTEIN, GELLMAN, MELBOSTAD,
GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
415/673-5600  FAX:415/673-5606
Attorney for Plaintiff
**LOUIS J. VELA**

Michele Ballard Miller (SBN104198)
   *Mbm@millerlawgroup.com*
Katherine L. Kettler (SBN 231586)
   *klk@millerlawgroup.com*
Jennifer A. Shy (SBN 131074)
   *jas@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94111
415/464-4300  FAX 415/464-4336
Attorneys for Defendant
**AT&T UMBRELLA BENEFIT PLAN NO. 1**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA,<br><br>     PLAINTIFF,<br><br>v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>     DEFENDANT. | Case No. CV-08-1575 MMC<br><br>**[PROPOSED] ORDER ~~IN SUPPORT OF STIPULATION~~ TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court having considered the Stipulation to Continue to the Case Management Conference filed herein, and good cause appearing, PURSUANT TO THE STIPULATION, IT IS SO ORDERED that:

1. The Case Management Conference currently scheduled for July 17, 2009 will now be heard on August 28, 2009 at 10:30 a.m. in Courtroom 7.

1.

41158B:6680-00                                                    [Proposed] Order
                                                                  C-08-1575 MMC

2. Not less than seven days before the conference, counsel shall file a joint case management statement addressing each agenda item in accordance with the Case Management Order.

Dated: July 6, 2009

_____
HONORABLE MAXINE M. CHESNEY

2.

41158B:6680-00

[Proposed] Order
C-08-1575 MMC