IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>    Defendant. | No. C-08-1575 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' Joint Case Management Conference Statement, filed August 21, 2009.

In light of the parties' pending motions for summary judgment, the Case Management Conference currently scheduled for August 28, 2009 is hereby CONTINUED to December 18, 2009. A Joint Case Management Statement shall be filed no later than December 11, 2009.

**IT IS SO ORDERED.**

Dated: August 24, 2009

_____
MAXINE M. CHESNEY
United States District Judge