IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA, | No. CV-08-1575 |
| Plaintiffs, | **ORDER VACATING HEARING** |
| v. | |
| AT&T UMBRELLA BENEFIT PLAN NO. 1, | |
| Defendant | |

Before the Court are the parties' respective motions for summary judgment, currently scheduled for hearing on April 2, 2010. Having read and considered the papers filed in support of and in opposition to the motions, the Court has determined oral argument would not assist the Court at this time, and, accordingly, the April 2, 2010 hearing is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 31, 2010

MAXINE M. CHESNEY
United States District Judge