1  Lee S. Harris SB#76699
     LHarris@g3mh.com
2  Adrian Hern SB#202958
     Ahern@g3mh.com
3  GOLDSTEIN, GELLMAN, MELBOSTAD,
   & HARRIS, LLP
4  1388 Sutter Street, Suite 1000
   San Francisco, CA 94109-5494
5  Tel.: (415) 673-5600  FAX: (415) 673-5606

6  Attorneys for Plaintiff
   **LOUIS J. VELA**

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA, <br><br> PLAINTIFF, <br><br> v. <br><br> AT&T UMBRELLA BENEFIT PLAN NO. 1, <br><br> DEFENDANTS. | Case No. CV-08-1575 MMC <br><br> ~~PROPOSED~~ **ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date:   May 20, 2011 <br> Time:   10:30 a.m. <br> Crt Rm: 7, 19th Floor |

The Court having considered Plaintiff's Request to Continue to the Case Management Conference filed herein, and good cause appearing, IT IS SO ORDERED that:

1. The Case Management Conference currently set for May 20, 2011 is continued to July 15, 2011 at 10:30 a.m. in Courtroom 7.

2. Not less than seven days before the conference, the parties shall file a Joint Case Management Conference Statement in accordance with the Case Management Order.

1.

45080B:6680-00                    PROPOSED ORDER GRANTING PLAINTIFF'S REQUEST TO
Case No. CV-08-1575 MMC                    CONTINUE CASE MANAGEMENT CONFERENCE

**IT IS SO ORDERED**

Dated: _____ May 3 , 2011                    _____
                                                  HONORABLE MAXINE M. CHESNEY