Katherine L. Kettler (SBN 231586)
    klk@millerlawgroup.com
Jennifer A. Shy (SBN 131074)
    jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sansome Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1


Lee S. Harris (SBN 076699)
    LHarris@g3mh.com
GOLDSTEIN, GELLMAN, MELBOSTAD,
   HARRIS & MCSPARRAN, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA  94103
Tel:  (415) 673-5600
Fax:  (415) 673-5606

Attorneys for Plaintiff
LOUIS J. VELA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA,<br><br>            Plaintiff,<br><br>v.<br><br>AT&T INC.; AT&T DISABILITY INCOME PLAN, SBC COMMUNICATIONS, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,<br><br>            Defendants. | Case No.: CV 08 1575 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**<br><br>Date:          July 15, 2011<br>Time:          10:30 a.m.<br>Courtroom:  7<br>Hon. Maxine M. Chesney<br><br>Complaint filed:  March 21, 2008 |

1  In accordance with the Court's Order at the Case Management Conference on July 15, 2011, Plaintiff Louis Vela ("Plaintiff") and Defendant AT&T Umbrella Benefit Plan No. 1 ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

Counsel for Plaintiff has been informed that as of July 25, 2011 his client was discharged from bankruptcy by the United States Bankruptcy Court, Eastern District of California, case number 11-28787-C-7.

Plaintiff and Defendant will re-notice their respective Motions for Summary Judgment previously filed with the Court (the "Motions"), and may file Further Briefing in support of their respective Motions of not more than 10 pages in length, by November 4, 2011.

Plaintiff and Defendant may file responses to the Further Briefing of not more than 5 pages in length by November 18, 2011.

The Court may schedule a hearing on the Parties' respective Motions as required.

Dated: August 12, 2011

GOLDSTEIN, GELLMAN, MELBOSTAD, HARRIS & MCSPARRAN, LLP

By: __/s/_____
Lee S. Harris
Attorneys for Plaintiff
LOUIS J. VELA

---

1
**STIPULATION AND [PROPOSED] ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**
Case No.: CV 08 1575 MMC

1  Dated: August 12, 2011                MILLER LAW GROUP
                                         A Professional Corporation

                                         By: __/s/_____
                                             Katherine L. Kettler
                                             Attorneys for Defendant
                                             AT&T UMBRELLA BENEFIT PLAN NO. 1

**IT IS SO ORDERED**

Dated: __August 12____, 2011             _____
                                         HONORABLE MAXINE M. CHESNEY

4850-4172-6474, v. 1