Lee S. Harris (SBN 76699)
   *lharris@g3mh.com*
GOLDSTEIN, GELLMAN, MELBOSTAD,
HARRIS & McSPARRAN, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
Telephone: (415) 673-5600
Facsimile: (415) 673-5606

Attorney for Plaintiff
**LOUIS J. VELA**

Katherine L. Kettler (SBN 231586)
   *klk@millerlawgroup.com*
Jennifer A. Shy (SBN 131074)
   *jas@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 464-4300
Facsimile: (415) 464-4336

Attorneys for Defendant
**AT&T UMBRELLA BENEFIT PLAN NO. 1**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>    Defendants. | Case No. CV-08-1575 MMC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:        November 4, 2011<br>Time:       10:30 a.m.<br>Courtroom:   7<br>Hon. Maxine M. Chesney<br><br>Complaint filed:  March 21, 2008 |

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No.: CV 08 1575 MMC

All parties herein respectfully stipulate and request the Court to continue the Case Management Conference, currently scheduled for November 4, 2011 at 10:30 a.m., to a date not less than thirty (30) days after November 18, 2011, the date currently scheduled for the parties' to submit their final responsive briefing in support of their respective Motions for Summary Judgment, or as soon thereafter as is agreeable to the Court.  (*See* Court Docket No. 86)

The parties further stipulate that they will file a Joint Case Management Statement not less than seven (7) days before the date of the continued Case Management Conference.

Dated: September 9, 2011                    GOLDSTEIN, GELLMAN, MELBOSTAD,
                                            HARRIS & McSPARRAN, LLP


                                            _____/s/_____
                                            Lee S. Harris
                                            Attorneys for Plaintiff
                                            LOUIS J. VELA


Dated:  September 9, 2011                   MILLER LAW GROUP
                                            A Professional Corporation


                                            _____/s/_____
                                            Katherine L. Kettler
                                            Attorneys for Defendant
                                            AT&T UMBRELLA BENEFIT PLAN NO.1

The Case Management Conference, currently scheduled for November 4, 2011 at 10:30 a.m., is hereby CONTINUED to January 20, 2012 at 10:30 a.m.

**IT IS SO ORDERED**

Dated:  __September 13_____, 2011           _____
                                            HONORABLE MAXINE M. CHESNEY

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No.: CV 08 1575 MMC