1  Katherine L. Kettler (SBN 231586)
      klk@millerlawgroup.com
2  Jennifer A. Shy (SBN 131074)
      jas@millerlawgroup.com
3  MILLER LAW GROUP
   A Professional Corporation
4  111 Sansome Street, Suite 700
   San Francisco, CA 94104
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
   Attorneys for Defendant
7  AT&T UMBRELLA BENEFIT PLAN NO. 1

8
   Lee S. Harris (SBN 076699)
9     LHarris@g3mh.com
   GOLDSTEIN, GELLMAN, MELBOSTAD,
10    HARRIS & MCSPARRAN, LLP
   1388 Sutter Street, Suite 1000
11 San Francisco, CA  94103
   Tel:  (415) 673-5600
12 Fax:  (415) 673-5606

13 Attorneys for Plaintiff
   LOUIS J. VELA
14

15
                      UNITED STATES DISTRICT COURT
16
                      NORTHERN DISTRICT OF CALIFORNIA
17

18
   LOUIS J. VELA,                           Case No.: CV 08 1575 MMC
19
            Plaintiff,                      **STIPULATION AND [PROPOSED] ORDER
20                                          TO CONTINUE FILING DATES RELATED
   v.                                       TO PARTIES' MOTIONS FOR SUMMARY
21                                          JUDGMENT**
22
   AT&T UMBRELLA BENEFIT PLAN NO. 1,
23                                          Complaint filed:  March 21, 2008
                                            First Am. Complaint filed: May 14, 2008
24          Defendant.                      Second Am. Complaint filed: Oct. 9, 2008
25

26

27

28

---

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATES RELATED TO
PARTIES' MOTIONS FOR SUMMARY JUDGMENT
Case No.: CV 08 1575 MMC**

Plaintiff Louis Vela ("Plaintiff") and Defendant AT&T Umbrella Benefit Plan No. 1 ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

The Parties previously stipulated to a briefing schedule in support of their respective Motions for Summary Judgment as reflected in the Court's Order filed on August 12, 2011 (Docket No. 86). Now, the Parties stipulate and respectfully request the Court to further continue the Parties' present deadline for re-noticing their respective Motions for Summary Judgment and for filing Further Briefing, from November 4, 2011 to December 5, 2011, and continue the Parties' present deadline for filing Responses to Further Briefing from November 18, 2011 to December 19, 2011. The Parties also request that the Court allow each Party up to ten (10) pages for their Responses to Further Briefing (instead of the five pages currently allowed.)

Good cause exists for the requested continuance of these filing dates, as the re-opened deposition of Ms. Tonya Warner was taken on October 13, 2011, and the extension of time allows a reasonable time for the completion of the transcript, as well as the 30-day statutory review period set forth in the Federal Rules of Civil Procedure, Rule 30(e).

The Parties wish to further inform that Court that they have engaged, through their respective counsel, in discussion about the possibility of conducting further efforts to informally resolve this dispute. In the event that the Parties agree to such further efforts, the Parties may approach the Court to request a further continuance of the dates above related to the filing of the Parties' Motions for Summary Judgment.

/ / /

/ / /

/ / /

1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATES RELATED TO PARTIES' MOTIONS FOR SUMMARY JUDGMENT**
Case No.: CV 08 1575 MMC

IT IS SO STIPULATED.

Dated:  October 20, 2011

GOLDSTEIN, GELLMAN, MELBOSTAD,
HARRIS & MCSPARRAN, LLP


By: __/s/_____
     Lee S. Harris
     Attorneys for Plaintiff
     LOUIS J. VELA


Dated:  October 20, 2011

MILLER LAW GROUP
A Professional Corporation


By: __/s/_____
     Katherine L. Kettler
     Attorneys for Defendant
     AT&T UMBRELLA BENEFIT PLAN NO. 1


**IT IS SO ORDERED**

Dated: ____October 24____, 2011      _____
                                     HONORABLE MAXINE M. CHESNEY

4817-6513-4348, v.  2

---

2
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATES RELATED TO
PARTIES' MOTIONS FOR SUMMARY JUDGMENT
Case No.: CV 08 1575 MMC**