Katherine L. Kettler (SBN 231586)
  klk@millerlawgroup.com
Jennifer A. Shy (SBN 131074)
  jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sansome Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1


Lee S. Harris (SBN 076699)
  LHarris@g3mh.com
GOLDSTEIN, GELLMAN, MELBOSTAD,
  HARRIS & MCSPARRAN, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA  94103
Tel:  (415) 673-5600
Fax:  (415) 673-5606

Attorneys for Plaintiff
LOUIS J. VELA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA,<br><br>        Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>        Defendant. | Case No.: CV 08 1575 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE FILING DATES RELATED TO PARTIES' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Complaint filed:  March 21, 2008<br>First Am. Complaint filed: May 14, 2008<br>Second Am. Complaint filed: Oct. 9, 2008 |

Plaintiff Louis Vela ("Plaintiff") and Defendant AT&T Umbrella Benefit Plan No. 1 ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

The Parties previously stipulated to a briefing schedule in support of their respective Motions for Summary Judgment as reflected in the Court's Order filed on October 24, 2011 (Docket No. 90). Now, the Parties stipulate and respectfully request the Court to further continue the Parties' present deadline for re-noticing their respective Motions for Summary Judgment and for filing Further Briefing, from December 5, 2011 **to February 28, 2012**, and continue the Parties' present deadline for filing their respective Responses to Further Briefing from December 19, 2011 **to March 16, 2012**.

The Parties request the continuation of the pending dates as they have agreed, through their respective counsel, to engage in further good faith efforts to informally resolve this dispute through private mediation, to be scheduled for a mutually agreeable date.

In the event that informal resolution is unsuccessful, with regard to the scheduling of any hearing on the Parties' respective Motions for Summary Judgment, counsel for the Parties have met and conferred regarding their respective calendars and availability. Counsel for the Parties respectfully request that the Court schedule any hearing on the Parties' Motions for Summary Judgment for **no earlier than the week of April 16, 2012**.

The Court has scheduled a further Case Management Conference in this case for January 20, 2012, at 10:30 a.m. (Docket No. 88). In the event that the Court wishes to set a further Case Management Conference in this case, the Parties respectfully request that any further Case Management Conference be set **no earlier than the week of April 16, 2012**.

IT IS SO STIPULATED.

Dated: November 30, 2011                    GOLDSTEIN, GELLMAN, MELBOSTAD,
                                            HARRIS & MCSPARRAN, LLP


                                            By: /s/
                                                Lee S. Harris
                                                Attorneys for Plaintiff
                                                LOUIS J. VELA


Dated: November 30, 2011                    MILLER LAW GROUP
                                            A Professional Corporation


                                            By: /s/
                                                Katherine L. Kettler
                                                Attorneys for Defendant
                                                AT&T UMBRELLA BENEFIT PLAN NO. 1

The Parties' deadline for re-noticing their respective Motions for Summary Judgment and for filing Further Briefing in support of those motions, currently set for December 5, 2011 is hereby CONTINUED to February 28, 2012.

The Parties' deadline for filing their respective Responses to Further Briefing, currently set for December 19, 2011 is hereby CONTINUED to March 16, 2012.

The Case Management Conference, currently scheduled for January 20, 2012 at 10:30 a.m., is hereby CONTINUED to _____June 3_____, 2012, at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: __December 2__, 2011

HONORABLE MAXINE M. CHESNEY

4833-8798-3630, v. 1

2
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATES RELATED TO
PARTIES' MOTIONS FOR SUMMARY JUDGMENT
Case No.: CV 08 1575 MMC**