Katherine L. Kettler (SBN 231586)
  klk@millerlawgroup.com
Jennifer A. Shy (SBN 131074)
  jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sansome Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1


Lee S. Harris (SBN 076699)
  LHarris@g3mh.com
GOLDSTEIN, GELLMAN, MELBOSTAD,
  HARRIS & MCSPARRAN, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA  94103
Tel:  (415) 673-5600
Fax:  (415) 673-5606

Attorneys for Plaintiff
LOUIS J. VELA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA,<br><br>       Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>       Defendant. | Case No.: CV 08 1575 MMC<br><br>**STIPULATION AND [P~~ROPOSED~~]<br>ORDER VACATING ALL COURT DATES**<br><br>Complaint filed:  March 21, 2008<br>First Am. Complaint filed: May 14, 2008<br>Second Am. Complaint filed: Oct. 9, 2008 |

1  Plaintiff Louis Vela ("Plaintiff") and Defendant AT&T Umbrella Benefit Plan No. 1
2  ("Defendant") (collectively the "Parties"), by and through their respective counsel of record,
3  hereby stipulate as follows:
4
5  WHEREAS, on February 7, 2012 the Parties reached a settlement of this case
6  and are in the process of finalizing that settlement prior to requesting the Court to dismiss this
7  case in its entirety;
8
9  WHEREAS, the Parties anticipate that the settlement will be finalized and the
10 case dismissed within 21 days of the date of this Stipulation and the Parties agree that the
11 deadlines associated with the Parties' Cross-Motions for Summary Judgment as well as the
12 upcoming case management conference should be vacated in light of this development;
13
14 WHEREAS, the following dates are currently on the Court's calendar:  February
15 28, 2012 (the Parties' deadline to re-notice their respective Motions for Summary Judgment
16 and for filing Further Briefing in support of those motions); March 16, 2012 (the Parties'
17 deadline to file their respective Responses to such Further Briefing); and June 1, 2012 at
18 10:30 a.m. (the Court's Continued Case Management Conference in this case) (collectively
19 the "pending Court dates").
20
21 NOW, THEREFORE,
22
23 IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and
24 Defendant, by and through their respective undersigned attorneys of record, to request that
25 the Court vacate the pending Court dates in this case, as set forth above.  The Parties further
26 stipulate and request that the Court retain jurisdiction of this matter until the settlement is
27
28

finalized and the case is dismissed by the Plaintiff.  The Parties anticipate that the settlement will be finalized and the case dismissed within 21 days of the filing of this Stipulation.

Good cause exists for vacating the existing dates in this case, as set forth above.

**IT IS SO STIPULATED.**

Dated:  February 10, 2012

GOLDSTEIN, GELLMAN, MELBOSTAD, HARRIS & MCSPARRAN, LLP

By: __/s/_____
Lee S. Harris
Attorneys for Plaintiff
LOUIS J. VELA

Dated:  February 10, 2012

MILLER LAW GROUP
A Professional Corporation

By: __/s/_____
Katherine L. Kettler
Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

### ORDER

Having reviewed the Parties' Stipulation, and good cause appearing, the Court hereby orders that all pending Court dates in this case are VACATED.  The Court shall retain jurisdiction of this case pending the filing of a dismissal of the case.  If Plaintiff has not dismissed the action within 21 days of this Order, the parties shall submit, no later than March 9, 2012, a joint statement advising the Court as to the status of the settlement.

**IT IS SO ORDERED.**

Dated: ___February 10___, 2012     _____
HONORABLE MAXINE M. CHESNEY

4834-1895-0926, v. 1