Katherine L. Kettler (SBN 231586)
  klk@millerlawgroup.com
Jennifer A. Shy (SBN 131074)
  jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1


Lee S. Harris (SBN 076699)
  LHarris@g3mh.com
GOLDSTEIN, GELLMAN, MELBOSTAD,
  HARRIS & MCSPARRAN, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA  94103
Tel:  (415) 673-5600
Fax:  (415) 673-5606

Attorneys for Plaintiff
LOUIS J. VELA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS J. VELA, | Case No.: CV 08 1575 MMC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL** |
| v. | |
| AT&T UMBRELLA BENEFIT PLAN NO. 1, | Complaint filed:  March 21, 2008<br>First Am. Complaint filed: May 14, 2008<br>Second Am. Complaint filed: Oct. 9, 2008 |
| Defendant. | |

1    It is hereby stipulated that the above-entitled action be discontinued and

2   dismissed with prejudice, with each party to bear their own fees and costs.

3    **IT IS SO STIPULATED.**

4

5   Dated:  March 9, 2012                    GOLDSTEIN, GELLMAN, MELBOSTAD,
                                             HARRIS & MCSPARRAN, LLP
6

7                                            By:   /s/
                                                Lee S. Harris
8                                               Attorneys for Plaintiff
                                                LOUIS J. VELA
9

10

11  Dated:  March 9, 2012                    MILLER LAW GROUP
                                             A Professional Corporation
12

13                                           By:   /s/
                                                Katherine L. Kettler
14                                              Attorneys for Defendant
                                                AT&T UMBRELLA BENEFIT PLAN NO. 1
15

16

17                                **ORDER**

18    The above-captioned matter is dismissed in its entirety with prejudice.

19    **IT IS SO ORDERED.**

20

21  Dated:   March 12   , 2012
                                             HONORABLE MAXINE M. CHESNEY
22

23  4831-3060-1998, v. 1

24

25

26

27

28

                                   1
   _____
           **STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL**
                       **Case No.: CV 08 1575 MMC**